USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHAMIMA HOSSAIN,

          Plaintiff,

  -v-

BEST BUY STORES, LP,

          Defendant.
---------------------------------------------------------------X

**ORDER RESCHEDULING CONFERENCE**

19-CV-3441 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

By Order dated July 9, 2019 (Dkt. No. 21), the Court set a status conference for January 27, 2020 at 10:00 a.m. Because of a change in the Court's schedule, the date for the conference is hereby changed to **January 22, 2020 at 10:00 am.**

    **SO ORDERED.**

Dated: December 19, 2019
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge