USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/21/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SHAMIMA HOSSAIN,

                Plaintiff,

    -v-

BEST BUY STORES, LP,

                Defendant.

-------------------------------------------------------------X

**ORDER RESCHEDULING**
**TIME OF CONFERENCE**

19-CV-3441 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

       The status conference scheduled for tomorrow, January 22, 2020, will take place at **11:30 a.m.,** not 10:00 a.m., due to a further change in the Court's schedule. The conference will take place in courtroom 21-D, 500 Pearl Street, New York, NY. Counsel should have their calendars available and be prepared to discuss the date for a potential settlement conference with the undersigned (or referral to the Court Mediation Program), the date for the submission of motion and/or pretrial papers, and a trial date.

       **SO ORDERED.**

Dated: January 21, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge