USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW COURT
-------------------------------------------------------------X
SHAMIMA HOSSAIN, :
 :
          Plaintiff, : **ORDER**
 :
  -v- : 19-CV-3441 (JLC)
 :
BEST BUY STORES, LP, :
 :
          Defendant. :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a status conference today. As discussed, the Court will issue a separate order referring the case to the Court-annexed Mediation Program to find a mutually convenient date for the parties to conduct mediation in the first half of April 2020. In addition, IT IS HEREBY ORDERED as follows:

1. For the limited purposes discussed at today's conference, the discovery deadline is extended to **February 28, 2020.**

2. Within one week of completing mediation, the parties are directed to inform the Court by letter filed on the docket as to whether the case has been settled (or alternatively the parties can file a stipulation of dismissal). If the case has not settled, defendant may request a pre-motion conference letter to facilitate the scheduling of any dispositive motions (and plaintiff may respond to any pre-motion conference letter).

    **SO ORDERED.**

Dated: January 22, 2020
       New York, New York

                                                   _____
                                                   JAMES L. COTT
                                                   United States Magistrate Judge