USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/23/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
SHAMIMA HOSSAIN,                                              :
:                **ORDER OF DISMISSAL**
            Plaintiff,                                        :
:                19-CV-3441 (JLC)
    -v-                                                       :
:
BEST BUY STORES, LP,                                          :
:
            Defendant.                                        :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court having been advised by counsel's letter dated June 22, 2020 (Dkt. No. 33) that all claims asserted herein have been settled, it is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen <u>must</u> be filed <u>within 30 days</u> of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they <u>must</u> submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court.

Any pending motions are moot. The Clerk is directed to close this case.

**SO ORDERED.**

Dated: New York, New York
       June 23, 2020

_____
JAMES L. COTT
United States Magistrate Judge